*October 8, 1928.*

ULMAN, Appellant, vs. JOLIN and others, Respondents.

For the appellant: *E. C. Smith* of Appleton.

For the respondents: *Kittell, Jaseph, Young & Everson* of Green Bay.

*By the Court.*—Judgment affirmed.

SANDERSON, Appellant, vs. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY, Respondent.

For the appellant: *Hoyt, Bender, Trump, McIntyre & Hoyt* of Milwaukee.

For the respondent: *Hayes, Coleman, Darnieder & Hayes* of Milwaukee, attorneys, and *W. A. Hayes* of Milwaukee and *Henry Lockney* of Waukesha, of counsel.

*By the Court.*—Judgment affirmed.

PHIL. EBERT & SONS COMPANY, Respondent, vs. KERGL and wife, Appellants.

For the appellants: *Lines, Spooner & Quarles* of Milwaukee.

For the respondent: *Paul, Ebert & Paul,* attorneys, and *Herman M. Knoeller,* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.